| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| EASTERN DISTRICT OF VIRGINIA | |
| Case number *(if known)* _____  Chapter __11__ | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Snead and Sons Trucking LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **56-2598457** |
| 4. | **Debtor's address** | **Principal place of business**  **1301 Carter Creek Road Suite A Richmond, VA 23224** Number, Street, City, State & ZIP Code  **Richmond City** County | **Mailing address, if different from principal place of business**  **PO Box 38055 Henrico, VA 23231** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  **1301 Carter Creek Road Richmond, VA 23224** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor **Snead and Sons Trucking LLC** _____ Case number (*if known*) _____
     Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ■ None of the above |
| | | |
| | | B. *Check all that apply* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.  **4841** |

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **Snead and Sons Trucking LLC**      Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district?***    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **Snead and Sons Trucking LLC**  Case number (*if known*)
        Name

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Snead and Sons Trucking LLC**                                    Case number (*if known*)
       Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June  4, 2024**
              MM / DD / YYYY

**X** **/s/ Larry E. Snead, Jr.**                                  **Larry E. Snead, Jr.**
Signature of authorized representative of debtor                    Printed name

Title   **Manager**

**18. Signature of attorney**

**X** **/s/ James E. Kane**                                  Date  **June  4, 2024**
Signature of attorney for debtor                                      MM / DD / YYYY

**James E. Kane 30081**
Printed name

**Kane & Papa, P.C.**
Firm name

**P.O. Box 508**
**Richmond, VA 23218-0508**
Number, Street, City, State & ZIP Code

Contact phone  **804-225-9500**        Email address  **jkane@kaneandpapa.com**

**30081 VA**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Snead and Sons Trucking LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF VIRGINIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ascentium Capital LLC**<br>23970 HWY 59 N<br>Kingwood, TX 77339 | | **1998 Freightliner Tractor (damaged, not drivable)** | | | | $12,586.00 |
| **BMO Bank**<br>Bmo Harris Bank - Bankruptcy D<br>770 N Water Street<br>Milwaukee, WI 53202 | | **Unsecured** | | | | $23,696.00 |
| **Capital One**<br>P.O. Box 70884<br>Charlotte, NC 28272 | | **Business credit card** | | | | $6,000.00 |
| **City of Richmond-Treasurer**<br>900 E. Broad St. Room 107<br>Richmond, VA 23219 | | **Personal property taxes** | | | | $5,000.00 |
| **Financial Pacific Leasing**<br>P.O. Box 4568<br>Federal Way, WA 98063 | | **2013 Hyundai Trailer** | | $30,345.00 | $15,000.00 | $15,345.00 |
| **Fora Financial**<br>242 West 36th St., 14th Floor<br>New York, NY 10018 | | **1998 Trailstar Trailer** | | | | $7,000.00 |
| **Henrico County Dept of Finance**<br>PO Box 90775<br>Henrico, VA 23273-0775 | | **Personal Property Tax** | | | | $4,000.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Snead and Sons Trucking LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service Centralized Insolvency Operati P. O. Box 7346 Philadelphia, PA 19101-7346** | | **Payroll Taxes** | | | | $70,000.00 |
| **James River Petroleum 10487 Lakeridge Pkwy #8115 Ashland, VA 23005** | | **Fuel** | | | | $22,000.00 |
| **Navy Federal Credit Union PO Box 3700 Merrifield, VA 22119** | | **Business credit card** | | | | $8,000.00 |
| **Pawnee Leasing Corporation 3801 Automation Way Suite 207 Fort Collins, CO 80525** | | **2012 Freightliner (broken down, not running)** | | $109,581.00 | Unknown | Unknown |
| **Red Quill Law, PLLC 10035 Sliding Hill Rd., Ste 6 Ashland, VA 23005** | | **Legal fees** | | | | $2,200.00 |
| **Rush Enterprises Inc. c/o Terry C. Legum, Esquire 4004 Williamsburg Court Fairfax, VA 22032** | | **Civil Judgment** | | | | $33,201.00 |
| **U.S. Bank PO Box 790179 Saint Louis, MO 63179** | | **Business credit card** | | | | $17,000.00 |
| **Virginia Dept of Taxation P.O. Box 2156 Richmond, VA 23218** | | **Payroll taxes** | | | | $8,000.00 |

```
Ascentium Capital LLC
23970 HWY 59 N
Kingwood, TX 77339


BMO Bank
Bmo Harris Bank - Bankruptcy D
770 N Water Street
Milwaukee, WI 53202


BMO Bank NA
Bmo Harris Bank - Bankruptcy D
770 N Water Street
Milwaukee, WI 53202


Bradley T. Cantor, Esquire
200A Monroe Street, Suite 104
Rockville, MD 20850


Capital One
P.O. Box 70884
Charlotte, NC 28272


City of Richmond-Treasurer
900 E. Broad St.
Room 107
Richmond, VA 23219


Financial Pacific Leasing
P.O. Box 4568
Federal Way, WA 98063


Fora Financial
242 West 36th St., 14th Floor
New York, NY 10018


Henrico County Dept of Finance
PO Box 90775
Henrico, VA 23273-0775


Internal Revenue Service
Centralized Insolvency Operati
P. O. Box 7346
Philadelphia, PA 19101-7346
```

```
James River Petroleum
10487 Lakeridge Pkwy #8115
Ashland, VA 23005


Linda Wong, Esquire
821 Alexander Road
Suite 200
Princeton, NJ 08540


Navy Federal Credit Union
PO Box 3700
Merrifield, VA 22119


Pawnee Leasing Corporation
3801 Automation Way
Suite 207
Fort Collins, CO 80525


Red Quill Law, PLLC
10035 Sliding Hill Rd.,  Ste 6
Ashland, VA 23005


Rush Enterprises Inc.
c/o Terry C. Legum, Esquire
4004 Williamsburg Court
Fairfax, VA 22032


Toyota Financial Services
Attn: Bankruptcy
Po Box 259001
Plano, TX 75025


U.S. Bank
PO Box 790179
Saint Louis, MO 63179


Virginia Dept of Taxation
P.O. Box 2156
Richmond, VA 23218
```

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Snead and Sons Trucking LLC**
Debtor(s)

Case No.
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Snead and Sons Trucking LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 4, 2024**
Date

/s/ James E. Kane
**James E. Kane 30081**
Signature of Attorney or Litigant
Counsel for **Snead and Sons Trucking LLC**
**Kane & Papa, P.C.**
**P.O. Box 508**
**Richmond, VA 23218-0508**
**804-225-9500 Fax:804-225-9598**
**jkane@kaneandpapa.com**

**United States Bankruptcy Court**
**Eastern District of Virginia**

In re  **Snead and Sons Trucking LLC**
Debtor(s)

Case No.
Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Larry E. Snead, Jr.**, declare under penalty of perjury that I am the **Manager** of **Snead and Sons Trucking LLC**, and that the following is a true and correct copy of the resolutions adopted by the said limited liability company at a special meeting duly called and held on June 4, 2024.

"Whereas, it is in the best interest of this limited liability company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Larry E. Snead, Jr.**, **Manager** of this limited liability company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the limited liability company; and

Be It Further Resolved, that **Larry E. Snead, Jr.**, **Manager** of this limited liability company is authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability company in connection with such bankruptcy case, and

Be It Further Resolved, that **Larry E. Snead, Jr.**, **Manager** of this limited liability company is authorized and directed to employ **James E. Kane 30081**, attorney and the law firm of **Kane & Papa, P.C.** to represent the limited liability company in such bankruptcy case."

Date  **June 4, 2024**

Signed  **/s/ Larry E. Snead, Jr.**
**Larry E. Snead, Jr.**

# Resolution
of
**Snead and Sons Trucking LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Larry E. Snead, Jr.**, **Manager** of this limited liability company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the limited liability company; and

Be It Further Resolved, that **Larry E. Snead, Jr.**, **Manager** of this limited liability company is authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability company in connection with such bankruptcy case, and

Be It Further Resolved, that **Larry E. Snead, Jr.**, **Manager** of this limited liability company is authorized and directed to employ **James E. Kane 30081**, attorney and the law firm of **Kane & Papa, P.C.** to represent the limited liability company in such bankruptcy case.

Date   **June 4, 2024**                                Signed   **/s/ Larry E. Snead, Jr.**

Date   _____                        Signed   _____